1054

[No. 7583-4-III. Division Three. February 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
ROBERT DALE SAMPLES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-1-00947-0, Willard A. Zellmer, J., entered January 9, 1986. *Dismissed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7806-6-II. Division Two. February 10, 1987.]

M. L. BOURNE, ET AL, *Respondents,* v. WESTERN
CLINIC, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 292234, Thomas A. Swayze, Jr., J., entered May 4, 1984. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8599-2-II. Division Two. February 10, 1987.]

GENEVIEVE N. RODEEN, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 84-2-00099-5, Karen B. Conoley, J., entered February 28, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J. Now published at 47 Wn. App. 60.

[No. 8803-7-II. Division Two. February 10, 1987.]

HARRY ERICKSON, ET AL, *Appellants,* v. THE HORSE
RACING COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-03267-2, D. Gary Steiner, J., entered April 26, 1985. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.